UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN A. PENN,<br><br>          Plaintiff,<br><br>   v.<br><br>T. ALLEN, et al.,<br><br>          Defendants. | Case No. 23-cv-00126-JSC<br><br>**ORDER GRANTING EXTENSION OF TIME; DENYING APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. Nos. 21, 24 |

This is a civil rights case filed by a California prisoner proceeding pro se. Good cause appearing, Defendants' motion for an extension of time to file a dispositive motion is GRANTED. (ECF No. 24.) The motion is due on or before July 17, 2023, the opposition is due on or before August 24, 2023, and if an opposition is filed, then Defendants **shall** file a reply brief within 14 days of the date the opposition is filed.[1]

Plaintiff has filed a motion for appointment of a lawyer to represent him. (ECF No. 21.) There is no right to counsel in a civil case such as this. *See Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981). The decision to request counsel to represent an indigent litigant under 28 U.S.C. § 1915 is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). At least at this stage, the issues in this case are not sufficiently complex, nor has Plaintiff been unable to effectively

---

[1] The parties' reports indicate that Plaintiff now has access to his legal papers. Plaintiff's allegations that his television, typewriter, and food items are missing or broken (*see* ECF No. 21), even if true, do not prevent him from opposing Defendants' motion or proceeding with this case.

present his claims, such that the interests of justice necessitate referral for location of pro bono counsel to assist Plaintiff.  Plaintiff's motion for appointment of counsel is DENIED.  Should referral for location of pro bono counsel become necessary at a later time, the Court will issue a referral order on its own; Plaintiff need and shall not request appointment of counsel in this Court again.

This order disposes of docket numbers 21 and 24.

**IT IS SO ORDERED.**

Dated: July 12, 2023

JACQUELINE SCOTT CORLEY
United States District Judge